# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Leda Dunn Wettre |
| v. | CASE NO. 21-8289 JSA |
| JESSE LEONARD *Defendant* | DATE OF PROCEEDINGS: October 12, 2021 |
| | DATE OF ARREST: 10/12/21 |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [✓] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [✓] PRELIMINARY HEARING WAIVED ON THE RECORD
- [✓] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [✓] BRADY ORDER (ON THE RECORD)
- [✓] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: ___

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: ___
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED ___
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ___

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: Thomas Kearney

DEFT. COUNSEL: Patrick McMahon

PROBATION: ___

INTERPRETER ___
Language: ___

TIME COMMENCED: 1:30 pm
TIME TERMINATED: 2:00 pm
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK